UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROSEAANE GONZALES          :     CHAPTER 13
                              :
                                    :
    **DEBTOR**     **(S)**           :     BANKRUPTCY NO 12-15430 -elf

**P R A E C I P E TO WITHDRAW**

Kindly withdraw the standing Trustee's NOTICE OF FINAL CURE . Docket entry #41

                                        Respectfully submitted,

DATE: September 18 2017          s/William C. Miller, Esquire
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee
                                      P.O. Box 1229
                                      Philadelphia, PA  19107