United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-15430-elf
Roseanne Gonzales                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 1              Date Rcvd: Oct 12, 2017
                              Form ID: trc                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
12900237       +PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC,    C/O PENNYMAC LOAN SERVICES, LLC,
                 6101 CONDOR DRIVE SUITE #330,    MOORPARK, CA 93021-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC, et. al.
               paeb@fedphe.com
              JEROME B. BLANK     on behalf of Creditor    Pnmac Mortgage Opportunity Fund Investors, LLC
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    PennyMac Loan Services, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KARROLLANNE   CAYCE    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              KARROLLANNE   CAYCE    on behalf of Creditor    PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, BY
               PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              MICHAEL A. CATALDO2    on behalf of Debtor Roseanne   Gonzales ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Roseanne   Gonzales ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC, et.
               al. bkgroup@kmllawgroup.com
              ROBERT PATRICK WENDT    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC,
               et. al. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, BY
               PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 14

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-15430-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Roseanne Gonzales
6903 Roosevelt Boulevard
Philadelphia PA 19149

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/11/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, C/O PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #330, MOORPARK, CA 93021 | Fay Servicing, LLC<br>3000 Kellway Dr.<br>Ste 150<br>Carrollton, TX 75006 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/14/17

Tim McGrath
**CLERK OF THE COURT**