United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-15430-elf
Roseanne Gonzales                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore             Page 1 of 2              Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db          +Roseanne Gonzales,    6903 Roosevelt Boulevard,    Philadelphia, PA 19149-1932
cr          +WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue,    BOCA RATON, FL 33487-2853
cr          +Wilmington Trust National Association et al.,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
12780207     CBCS,   PO BOX 69,   COLUMBUS OH 43216
12780212     DaimlerChrysler Financial Services Ameri,    Trustee Payment Dept. #100301,    P.O. Box 55000,
              Detroit, Michigan 48255-1003
12780213     DaimlerChrysler Financial Services Ameri,    Trustee Payments,    P.O. Box 9001897,
              Louisville, Kentucky 40290-1897
12780215    +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
12780216    +Experian,    Profile Maintenance,    P.O. Box 9558,   Allen, Texas 75013-9558
13996513    +Fay Servicing, LLC,    3000 Kellway Dr.,   Ste 150,    Carrollton, TX 75006-3357
12780217    +GREGG MORRIS,ESQUIRE,    PATENAUDE & FELIX,   213 E MAIN STREET,    CARNEGIE, PA 15106-2701
12780219     PA Dept. of Revenue,    Bankruptcy Division,   Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
12780220     PENNYMAC,    PO BOX 514387,   LOS ANGELES CA 90051-4387
12900237    +PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC,    C/O PENNYMAC LOAN SERVICES, LLC,
              6101 CONDOR DRIVE SUITE #330,    MOORPARK, CA 93021-2602
12793349    +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
              3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
12810592    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
12780222    +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
              Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:46     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:54
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12780211     E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:45     City of Philadelphia,
              Bankruptcy Unit,    15th Floor,   1515 Arch Street,    Philadelphai, PA 19102
12780210     E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:46     City of Philadelphia,
              Bankruptcy Unit,    15th Floor,   1515 Arch Street,    Philadelphia, PA 19102
12915606     E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:46     City of Philadelphia,
              SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
              1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12780208    +E-mail/Text: ecf@ccpclaw.com Jan 18 2018 01:51:20     Cibik and Cataldo, P.C.,
              225 S. 15th Street,    Suite 1635,   Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3825
12780209    +E-mail/Text: ecf@ccpclaw.com Jan 18 2018 01:51:20     Cibik and Cataldo, P.C.,
              1500 Walnut Street,    Suite 900,   Philadelphia, PA 19102-3518
12780214     E-mail/Text: mrdiscen@discover.com Jan 18 2018 01:51:20     Discover Card,    PO Box 3008,
              NEW ALBANY OH 43054-3008
12785905     E-mail/Text: mrdiscen@discover.com Jan 18 2018 01:51:20     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany OH  43054-3025
12780218     E-mail/Text: cio.bncmail@irs.gov Jan 18 2018 01:51:28     I.R.S.,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
12780221    +E-mail/Text: nod.referrals@fedphe.com Jan 18 2018 01:51:21     Phelan, Halinan & Smieg,
              Suite 1400,    1617 JFK Boulevard,   Philadelphia, PA 19103-1814
12842290     E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2018 01:51:35
              Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
              Kirkland, WA  98083-0788
12780223     E-mail/Text: bnc@alltran.com Jan 18 2018 01:51:22     UNITED  RECOVERY SYSTEMS,    PO BOX 722929,
              HOUSTON TX 77272-2929
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
              3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                   Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:

```
          JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Pnmac Mortgage Opportunity Fund Investors, LLC
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC, et. al.
           paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KARROLLANNE CAYCE    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aldridgepite.com,
           kcayce@ecf.inforuptcy.com
          KARROLLANNE CAYCE    on behalf of Creditor    PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, BY
           PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT ecfmail@aldridgepite.com,
           kcayce@ecf.inforuptcy.com
          MICHAEL A. CATALDO2    on behalf of Debtor Roseanne   Gonzales ecf@ccpclaw.com,
           cataldomr70146@notify.bestcase.com
          MICHAEL A. CIBIK2    on behalf of Debtor Roseanne   Gonzales ecf@ccpclaw.com,
           cibikmr70146@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC, et.
           al. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trutee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
          ROBERT PATRICK WENDT    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC,
           et. al. paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, BY
           PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Roseanne Gonzales
    Debtor(s)

Bankruptcy No: 12–15430–elf
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/17/18

52 – 51
Form 138_new