United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 12-15430-elf
Roseanne Gonzales                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore           Page 1 of 1              Date Rcvd: Jan 17, 2018
                            Form ID: 212              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db             +Roseanne Gonzales,   6903 Roosevelt Boulevard,   Philadelphia, PA 19149-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC, et. al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pnmac Mortgage Opportunity Fund Investors, LLC
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KARROLLANNE CAYCE    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              KARROLLANNE CAYCE    on behalf of Creditor    PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, BY
               PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              MICHAEL A. CATALDO2    on behalf of Debtor Roseanne  Gonzales ecf@ccpclaw.com,
               cataldomr70146@notify.bestcase.com
              MICHAEL A. CIBIK2    on behalf of Debtor Roseanne  Gonzales ecf@ccpclaw.com,
               cibikmr70146@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trutee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC, et.
               al. bkgroup@kmllawgroup.com
              ROBERT PATRICK WENDT    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC,
               et. al. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, BY
               PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                       Chapter: 13

      Roseanne Gonzales

Debtor(s)                                                Case No: 12−15430−elf

_____

*ORDER*

      AND NOW, 1/17/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

      ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

      For The Court

      Eric L. Frank

      Chief Judge ,United States
      Bankruptcy Court