United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roseanne Gonzales  
    Debtor

Case No. 12-15430-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Feb 23, 2018  
                    Form ID: 195      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
```
db             +Roseanne Gonzales,    6903 Roosevelt Boulevard,    Philadelphia, PA 19149-1932
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
cr             +WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue,    BOCA RATON, FL 33487-2853
cr             +Wilmington Trust National Association et al.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:
```
              JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC, et. al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pnmac Mortgage Opportunity Fund Investors, LLC
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARROLLANNE CAYCE    on behalf of Creditor    PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, BY
               PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              KARROLLANNE CAYCE    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              MICHAEL A. CATALDO2    on behalf of Debtor Roseanne  Gonzales ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Roseanne  Gonzales ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trutee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC, et.
               al. bkgroup@kmllawgroup.com
              ROBERT PATRICK WENDT    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC,
               et. al. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC, BY
               PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Roseanne Gonzales                                      : Case No. 12–15430–elf
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , February 23, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

60
Form 195